UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Simon Hutchings</u>

          v.                        Civil No. 11-cv-472-JL

<u>U.S. Social Security Administration, Commissioner</u>

O R D E R

Pursuant to LR 83.2(b), a member in good standing of the bar of this court may move the admission of counsel to appear pro hac vice. Prospective pro hac vice counsel having filed a motion on his own behalf, said motion is denied without prejudice. While any future motion for pro hac admission shall be filed by a member in good standing of this court and shall otherwise comply with the requirements of LR83.2(b)(1), no additional filing fee shall be required.

SO ORDERED.

October 7, 2011                                            /s/ Daniel J. Lynch
                                                                  Daniel J. Lynch
                                                                  United States Magistrate Judge

cc:    David F. Chermol, Esq.